| Agency ORI# LA05200T1 Phone (985) 8982320 | ST TAMMANY PARISH SHERIFF'S OFFICE 1200 CHAMPAGNE ST, COVINGTON, LA, 70433 **OFFENSE** | AGENCY REPORT NUMBER 2022-004181 1. Original ☐ Juvenile   2. Supplement ☑ 1 |
|---|---|---|

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2022-004181 |

| Reported: Day | Date | Time(mil) | Time Dispatched (mil) | Time Arrived (mil) | Time Completed (mil) |
|---|---|---|---|---|---|
| Monday | 05/02/2022 | 14:47 | 14:51 | 14:51 | 17:12 |

| Incident: Day From MONDAY | Date 05/02/2022 | Time (mil) 14:47 | To Day MONDAY | Date 05/02/2022 | Time (mil) 17:12 |
|---|---|---|---|---|---|

Incident Type
Battery/agg

### OFFENSE(S)

| Statute Violation Number | Description | Offense | Counts |
|---|---|---|---|
| 14:30.1 | SECOND DEGREE MURDER | 1 | 1 |

| Offense Status | Offense Type | Type Weapon | Situation Type: |
|---|---|---|---|
| Committed | FELONY | Firearm | Single Victim/unknown Offender |

| Crime Category | | Crime Circumstances |
|---|---|---|
| Homicide | | Other |

| Forced Entry? | Occupancy: N/a | Justifiable Homicide/Manslaughter Not Applicable | Sub-Code Not Applicable |
|---|---|---|---|

### LOCATION

Incident Location (Common Name, Street, Apt. Number)
PROGRESS ST. / PANSY ST & PROGRESS ST

| Cross Streets | City, State |
|---|---|
| PANSY ST & PROGRESS ST | COVINGTON |

| Zip | Geographic Indicator 44 | Location Type Highway/roadway |
|---|---|---|

### NARRATIVE

On Monday, May 2, 2022 at approximately 1451 hours, Deputy Devin Milazzo was dispatched to the intersection of Pansy St. at Progress St. in reference to a shooting. Pursuant to an investigation, an unidentified black male was found in a dark blue Nissan Maxima parked in front of 72506 Pansy St with multiple gunshots wounds. The scene was preserved and turned over to Major Crimes and the Crime Lab.

### ADMINISTRATIVE

| Report Contains 2 | Related Report Number(s) |
|---|---|

| Officer(s) Reporting MILAZZO, DEVIN | ID. Number 4239 | Name | ID. Number | Unit 485 | Date 05/03/2022 |
|---|---|---|---|---|---|

| Officer Reviewing (If Applicable) LIBERTO, MARK G | ID. Number 278 | Approved Date 05/17/2022 | # Offenses 0 | # Victims 1 | # Offenders 0 | # Premises Ent. 0 | # Vehicles Stolen 0 | # Arrested 0 |
|---|---|---|---|---|---|---|---|---|

| Routed To MAJOR CRIMES | Referred To |
|---|---|

| Assigned To | Assigned By | Assigned Date |
|---|---|---|

| Case Status OPEN | Exception Type | Date Cleared |
|---|---|---|

000079

Exhibit A

# OFFENSE - PERSON(S)

Juvenile ☐
1. Original ☐
2. Supplement ☒ 1

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2022-004181 |

| Original Report Date | Incident Type |
|---|---|
| 05/02/2022 | Battery/agg |

## VICTIM/WITNESS

| Offense Ind. | V/W Code | Victim Type | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|---|
| | Victim | N/a | NO | Unknown Unknown |

| Famiy / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
| | Unknown, La, USA | United States Citizen | |

| Address (Street, Apt. Number) | City | State | Zip | Phone |
|---|---|---|---|---|

| Employer / School | Address | City | State | Zip | Business Phone |
|---|---|---|---|---|---|

Synopsis of Involvement: see narrative
Victim DID receive information on Victim's Rights and Services Pursuant to State Law

| Driver License Number | DL State | Driver License Class | Driver License Expiration | Driver License Status | Suspension Length |
|---|---|---|---|---|---|
| | La | | | | 0 |

| Social Security Number | Res. Type | Res. Status | INS# | NCIC# | Arrest# | OBTS# |
|---|---|---|---|---|---|---|
| | Louisiana | N/a | 0 | | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|
| Black | Not Hispanic | Male | | | | | |

| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |
|---|---|---|---|---|---|
| Other | Long | Straight | | | Dark |

Scars / Marks / Tatoos (Location / Describe):

| Amputee | Special Identifiers | Unusual Features |
|---|---|---|

| Injury Type(s) | Extent of Injury | Mental / Physical Condition | Medication Required / Type | Doctor / Medical (Name, Phone Number) |
|---|---|---|---|---|
| N/a | FATAL | | | |

| Medical Aid Given | Treated | Sobriety | Transported? | Transported To: | Beginning Mileage: | Ending Mileage: |
|---|---|---|---|---|---|---|
| n/a | n/a | | | n/a | | |

## SUSPECT

| Offense Indicator | Suspect Code | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|
| | Suspect | NO | Unknown Unknown |

| Famiy / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
| | La, USA | United States Citizen | |

| Last Known Address (Street, Apt. Number) | City | State | Zip | Phone |
|---|---|---|---|---|

| Employer / School | Address | City | State | Zip | Business Phone |
|---|---|---|---|---|---|

| Social Security Number | Res. Type | Res. Status | INS# | NCIC# | Arrest# | OBTS# |
|---|---|---|---|---|---|---|
| | | N/a | 0 | | | |

| Driver License Number | DL State | DL Class | Driver License Expiration | Driver License Status | Suspension Length |
|---|---|---|---|---|---|
| | La | | | | 0 |

| Required Endorsements | Commercial DL | Commercial Vehicle | Person Name Different Than On DL | Operator Owns Vehicle | NCIC | Cancelled By |
|---|---|---|---|---|---|---|
| | NO | NO | NO | NO | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|

| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |
|---|---|---|---|---|---|

Scars / Marks / Tatoos (Location / Describe):

| Amputee | Special Identifiers | Unusual Features |
|---|---|---|

| Injury Type(s) | Extent of Injury | Mental / Physical Condition | Medication Required / Type | Doctor / Medical (Name, Phone Number) |
|---|---|---|---|---|
| N/a | None | | | |

| Medical Aid Given | Treated | Sobriety | Transported? | Transported To: | Beginning Mileage: | Ending Mileage: |
|---|---|---|---|---|---|---|

## ADMINISTRATIVE

| Report Contains | Related Report Number(s) |
|---|---|
| 2 | |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| MILAZZO, DEVIN | 4239 | | | 485 | 05/03/2022 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| LIBERTO, MARK G | 278 | 05/17/2022 | 0 | 1 | 0 | 0 | 0 | 0 |

# OFFENSE - VEHICLE

Juvenile ☐
1. Original
2. Supplement

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2022-004181 |

| Original Date Reported | Incident Type |
|---|---|
|  | Battery/agg |

## VEHICLE / VESSEL

| Person Code # | Veh. # | Vehicle Classification | Type |
|---|---|---|---|
| V1 | 1 | OTHER | AUTO |

| Vehicle Use | Vehicle Style | Tag Reg. / Doc.# |
|---|---|---|
| PRIVATE TRANSPORTATION | Sedan 4 Door | 822Q56M |

| Year | Make | Model | Tag Expire | Tag State | Decal Number | Tag Type |
|---|---|---|---|---|---|---|
|  | NISS | MAX |  | TX |  | Passenger Car |

| VIN / Hull / FAA | Estimated Value | Damage | Trailer Type |
|---|---|---|---|
| 1N4AA5AP7EC449410 |  |  |  |

| Hazardous Materials | Hazard Placarded | Condition: Windows Closed? | Locked? | Keys in Ignition? | Insurance Company |
|---|---|---|---|---|---|
| ☐ | ☐ | NO | NO | YES |  |

| Insurance Policy # | Lien Holder | Insurance summary |
|---|---|---|

| Color: Top | Bottom | Description (Identifying Characteristics, Noticable Damage, Interior Color, etc.) |
|---|---|---|
| Dark Blue | Dark Blue |  |

| Vessel Name | Length | Hull Material | Propulsion | Boat Type |
|---|---|---|---|---|

| Recovery Address / Geographic Indicator | Date Recovered | Value Recovered |
|---|---|---|

| Recovery Loc. | Recovery Code | Original Reporting Agency | Report Number | Hold(Yes/No) | Reason / Authority |
|---|---|---|---|---|---|
|  |  |  |  | NO |  |

| Method of Theft | Components Stripped: | Tires/Wheels | Battery | Transmission | Major Body Parts | Other/ Specify: |
|---|---|---|---|---|---|---|
| N/a | N/A  VIN Plate | Radio/CB | Interior | Engine Parts | Tag/Decal/Stolen |  |

| Towed By | Storage Location | NCIC | Cancelled B |
|---|---|---|---|

Description

## ADMINISTRATIVE

| Report Contains | Related Report Number(s) |
|---|---|
| 2 |  |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| MILAZZO, DEVIN | 4239 |  |  | 485 | 05/03/202 |

| Officer Reviewing (if Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| LIBERTO, MARK G | 278 | 05/17/2022 | 0 | 1 | 0 | 0 | 0 | 0 |

000081

## OFFENSE - NARRATIVE CONTINUATION

| | | | Juvenile ☐ | 1. Original ☐ |
|---|---|---|---|---|
| | | | | 2. Supplement ☒ 1 |
| Agency ORI Number | Agency Name | | Agency Report Number | |
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 2022-004181 | |
| Original Date Reported | Incident Type | | | |
| 05/02/2022 | Battery/agg | | | |

### NARRATIVE CONTINUATION

On Monday, May 2, 2022 at approximately 1451 hours, Deputy Devin Milazzo was dispatched to the intersection of Pansy St. at Progress St. in reference to a shooting. Dispatch had informed deputies that the caller observed a vehicle parked in the middle of the roadway and was unsure if it was occupied.

Upon arrival, Deputy Milazzo, once at the intersection of Progress and Pansy St observed a dark blue Nissan Maxima parked in the middle of the roadway north of Progress St. facing south in front of 72506 Pansy St. While blocking both lanes of travel, It should be noted that the front passenger door was partially opened and the windshield wipers activated even though there was not any inclement weather that would require windshield wipers.

Deputy Milazzo, upon approaching the front passenger door of the vehicle, observed an unidentified black male wearing a black shirt and jeans lying face down across the center console and passenger sea.. The male's head was at the passenger door which was partially opened with a clear plastic bag containing an unknown amount of blue pills lying on the passenger door's step board. Deputy Milazzo then began to assess the individual at which point Deputy Milazzo observed the male to have several gunshots wounds to his back and arms and was unresponsive. Deputy Milazzo then called for additional units to step up their response along with EMS. Shortly after Deputy Milazzo's arrival, the St. Tammany Parish Fire Department arrived on scene and was unable to find a pulse on the individual. Acadian units then arrived shortly after the fire department and were unable to find a pulse on the unidentified male.

Deputy Doug Searle then began to conduct a crime scene log of all personnel who arrived on scene. Deputy Milazzo then began to rope off the scene with crime tape to preserve the scene for Major Crimes. A canvass was conducted in the immediate area of the car the decedent was in, which yieled several spent shell casings. The casings were marked with evidence cones until it could be processed by the Crime Lab.

Deputies then stood by and preserved the scene till it was handed over to Major Crimes and the Crime Lab.

Attachments - 2
two crime scene logs.

### ADMINISTRATIVE

| Report Contains | | | | | | Related Report Number(s) | | |
|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | |
| Officer(s) Reporting | ID. Number | Name | | | ID. Number | Unit | Date | |
| MILAZZO, DEVIN | 4239 | | | | | 485 | 05/03/2022 | |
| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
| LIBERTO, MARK G | 278 | 05/17/2022 | 0 | 1 | 0 | 0 | 0 | 0 |
| Routed To | | Referred To | | | | | | |
| MAJOR CRIMES | | | | | | | | |
| Assigned To | | By | | | | | | Assigned Date |
| Case Status | | Exception Type | | | | | | Date Cleared |
| OPEN | | | | | | | | |

000082

## OFFENSE - NARRATIVE CONTINUATION

| | | | Juvenile ☐ | 1. Original ☐ |
|---|---|---|---|---|
| | | | | 2. Supplement  1 |

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2022-004181 |

| Original Date Reported | Incident Type |
|---|---|
| 05/02/2022 | Battery/agg |

### NARRATIVE CONTINUATION

Nothing further.
body camera activated.
Deputy Devin Milazzo 4A5, 485, 4239

### ADMINISTRATIVE

| Report Contains | | | | | Related Report Number(s) | | |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |

| Officer(s) Reporting | ID. Number | Name | | | ID. Number | Unit | Date |
|---|---|---|---|---|---|---|---|
| MILAZZO, DEVIN | 4239 | | | | | 485 | 05/03/2022 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| LIBERTO, MARK G | 278 | 05/17/2022 | 0 | 1 | 0 | 0 | 0 | 0 |

| Routed To | Referred To |
|---|---|
| MAJOR CRIMES | |

| Assigned To | By | Assigned Date |
|---|---|---|
| | | |

| Case Status | Exception Type | Date Cleared |
|---|---|---|
| OPEN | | |

000083

# 22ND JUDICIAL DISTRICT COURT
## PARISH OF ST. TAMMANY
## STATE OF LOUISIANA

Case Number:  WARRANT NUMBER:
2022-004181

### AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 22ND JUDICIAL DISTRICT COURT, Parish of ST. TAMMANY, State of Louisiana, Angelica Lopez, of the St Tammany Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says:

PROBABLE CAUSE EXIST FOR THE ISSUANCE OF A SEARCH WARRANT AUTHORIZING THE SEARCH OF:

**72506 Pansy Street**
**Covington, Louisiana 70435**

a single wide mobilie home with gray in color vinyl siding located at 72506 Pansy Street, Covington, LA.

WHERE THE FOLLOWING DESCRIBED ITEM(S) IS/ARE BELIEVED TO BE LOCATED:

Photographs
Any electronic equipment with ability to store/record to include DVR, Cellular phones, and alternative home surveillance equipment.
Weapon(s)
Spent/live ammunition
Anything else deemed of evidentiary value

AND ARE BELIEVED TO CONSTITUTE A VIOLATION OF:

*1 Count of 14:30.1--SECOND DEGREE MURDER-- (Felony)

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

On May 2, 2022, deputies of the St. Tammany Parish Sherrif's Office responded to a shooting incident. A blue in color Nissan Maxima bearing TX temporary license plate of 822Q56M was discovered in the roadway in front of a residence located at 72501 Pansy Street, Covington, Louisiana. A black male, later identified as Kawon Moore BM 2/26/1997, was located within the vehicle and he's was pronounced deceased by responding Emergency Medical Services. Several spent projectiles were found in the vicinity of the vehicle. Detective Angelica Lopez, along with several detectives with the STPSO Major Crimes Unit was notified and responded to the scene.

Detectives observed a single wide mobile home with gray in color vinyl siding located at 72506 Pansy Street. Detectives noted the residence was equipped with an externally mounted surveillance camera

which faces in the direction of Pansy Street. For reference the aforementioned residence faces the street directly where the Nissan is located.

Throughout the investigation, detectives made several attempts to make contact with a resident at the residence located at 72506 Pansy Street multiple times; however, no one answered the door. Detectives remained outside the residence and two individuals showed up to meet with the resident Finn Riley. Riley then exited the home advising he had no idea a shooting took place outside his home and that detectives have been making effort to reach him.

Based on the aforementioned information, Detective Lopez prays for the issuance of a search warrant of the residence located at 72506 Pansy Street, Covington, Louisiana for the furtherance of this investigation.

*Angelica Lopez*

Angelica Lopez
St Tammany Parish Sheriff's Office

Sworn to and subscribed before me, the 02 day of May, 2022 at 08:51 PM in St. Tammany Parish, Louisiana.

*William H Burris*

Judge William H Burris
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

Case Number: 2022-004181     Warrant Number:      Approved on: May, 02, 2022 at 08:51 PM

# 22ND JUDICIAL DISTRICT COURT
# PARISH OF ST. TAMMANY
# STATE OF LOUISIANA

**CASE NUMBER:** 2022-004181          **WARRANT NUMBER:**

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY** Angelica Lopez of the St Tammany Parish Sheriff's Office, that he has a good reason to believe that on or in:

**72506 Pansy Street**
**Covington, Louisiana 70435**

Further described as:

a single wide mobilie home with gray in color vinyl siding located at 72506 Pansy Street, Covington, LA.

there is now being concealed certain property, **namely:**

Photographs
Any electronic equipment with ability to store/record to include DVR, Cellular phones, and alternative home surveillance equipment.
Weapon(s)
Spent/live ammunition
Anything else deemed of evidentiary value

is/are located, which property constitutes evidence of the violation of:

*1 Count of 14:30.1--SECOND DEGREE MURDER-- (Felony)

of the Louisiana Revised Statutes, and the affidavit submitted in support of this search warrant shows the necessary probable cause for its issuance. The purpose and reason for the search is to find and seize the item(s) listed above.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search during the day time or night time, Sundays or holidays, and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court. This shall be your warrant, whereof you are to make due to return according to law.

Case Number: 2022-004181       Warrant Number:       Approved on: May, 02, 2022 at 08:51 PM

000103

Exhibit C

WITNESS my official signature, 02 day of May, 2022 at 08:51 PM   in ST. TAMMANY Parish, Louisiana.

*William H Burris*

———————————————
Judge William H Burris
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

## 22ND JUDICIAL DISTRICT COURT
## PARISH OF ST. TAMMANY
## STATE OF LOUISIANA

**CASE NUMBER:**            **WARRANT NUMBER:**
**2022-004181**

## RETURN OF SEARCH WARRANT

Pursuant to a search warrant issued to me by the Honorable Judge William Burris, of the 22ND JUDICIAL DISTRICT COURT, I, **Angelica Lopez**, did on **05/02/2022 at 20:53** proceed to and did search 72506 Pansy Street Covington, Louisiana 70435, further described as:

a single wide mobile home with gray in color vinyl siding located at 72506 Pansy Street, Covington, LA. and found therein the following:

Photographs
3 - cellular devices (Two Apple iPhones and one ZTE)
1 - Glock 17 loaded with 22x 9mm Lugar
1 - Kahr .40 cal handgun w/ Magazine loaded w/ 6x .40cal WMA S&W
10 - live rounds ( 8 .40cal WMA S&W and 2x 9mm Lugar )

Finding no other items, I terminated my search on **05/02/2022 at 21:23**.

I have taken the above described items into my possession and do hereby make my return to the Honorable William H Burris on this 05 day of May, 2022.

*[signature: Angelica Lopez]*

---
Angelica Lopez
Affiant

## CERTIFICATE OF RECEIPT OF RETURN OF SEARCH WARRANT

This is to certify that I, William H Burris, Judge of the 22ND JUDICIAL DISTRICT COURT, have this day received a return of a warrant issued by me to William H Burris this 05 day of May, 2022 at 01:08 PM.

*[signature: William H Burris]*

---
Judge William H Burris
22ND JUDICIAL DISTRICT COURT
Parish of ST. TAMMANY
State of Louisiana

| | |
|---|---|
| **22ND JUDICIAL DISTRICT COURT** | Warrant NO: |
| **PARISH OF ST. TAMMANY** | Complaint # 2022-004198 |
| **STATE OF LOUISIANA** | Book-In Date: 05/02/2022 |
| **ARREST WARRANT** | Book-In Time: 22:10 |

## AFFIDAVIT FOR PROBABLE CAUSE OF ARREST

**STATE OF LOUISIANA**
**VERSUS**
**FINNE RILEY, BLACK/AFRICAN AMERICAN MALE**
72506 Pansy Street, Covington, Louisiana 70435
DOB: 09/17/1983  SSN:

I, **Angelica Lopez,** certify under oath based on the information outlined below, that there is probable cause to believe **FINNE RILEY** on or about **05/02/2022** did commit:

1 Count of 14:95.1--POSSESSION OF FIREARM OR CARRYING CONCEALED WEAPON BY A PERSON CONVICTED OF CERTAIN FELONIES-- (Felony)

within this State and Parish, and the jurisdiction of the 22ND JUDICIAL DISTRICT COURT Judicial District Court, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:

On May 2, 2022, Detective Lopez responded to the 72000 block of Pansy Street to assist with a homicide investigation (2022-004181). During the investigation, Detective Lopez authored an affidavit for the search of a residence located at 72506 Pansy Street and obtained a signed search warrant after approval by the Honorable William Burris, Judge of the 22nd Judicial Court District.

The resident, later identified as Finne Riley BM 9/17/1983 exited the dwelling prior to the warrant's execution. During the lawful search of the residence, Detective Lopez recovered various calibers of live ammunition, as well as two firearms (pistols) in the master bedroom. During a name inquiry through the National Crime Information Center (NCIC), Riley was classified as a violent felon offender.

Based on the aforementioned, Detective Lopez believes probable cause existed for the arrest of Finne Riley BM 9/17/1983 for the violation of Louisiana Revised Statute 14:95.1.

I certify that the accused committed the above-described offense and was arrested for said offense on **05/02/2022** at **22:10** hours.  I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury.

Case Number: 2022-004198    Warrant Number:    Approved on: May, 03, 2022 at 05:23 AM

000070

Exhibit F



**Angelica Lopez**
**Affiant**

THUS DONE AND PASSED on the 03 day of May, 2022 at   05:23 AM.

Commissioner Dan Foil
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

| | |
|---|---|
| 22ND JUDICIAL DISTRICT COURT<br>PARISH OF ST. TAMMANY<br>STATE OF LOUISIANA<br>ARREST WARRANT | Warrant NO:<br>Complaint # 2022-004198<br>Book-In Date: 05/02/2022<br>Book-In Time: 22:10 |

# ARREST WARRANT

**STATE OF LOUISIANA**
**VERSUS**
**FINNE RILEY, BLACK/AFRICAN AMERICAN MALE**
72506 Pansy Street, Covington, Louisiana 70435
DOB: 09/17/1983  SSN:

**TO ANY COMMISSIONED PEACE OFFICER:**
WHEREAS, complaint has been made to me under oath and under penalty of perjury, by **Angelica Lopez** charging one **FINNE RILEY** with:

1 Count of 14:95.1--POSSESSION OF FIREARM OR CARRYING CONCEALED WEAPON BY A PERSON CONVICTED OF CERTAIN FELONIES-- (Felony)

Committed on or about: **05/02/2022**.

The foregoing affidavit, having been duly considered, it is hereby ordered, adjudged and decreed that FINNE RILEY has been lawfully arrested upon probable cause, without warrant.

Given under my official signature, this 03 day of May, 2022 at  05:23 AM.

*Dan Foil* (signature)

Commissioner Dan Foil
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

Case Number: 2022-004198     Warrant Number:     Approved on: May, 03, 2022 at 05:23 AM

000072