UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 24-04** |
| **v.** | * | **SECTION "O"** |
| **FINNEY RILEY** | * | |

* * *

**MOTION TO DISMISS INDICTMENT**

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully moves this Court to dismiss the indictment without prejudice against the defendant. This motion is made pursuant to Rule 48(a), Fed.R.Crim.P. for the following reasons:

**I.**

On January 11, 2024, the Defendant was charged in a single count with violation of 18 U.S.C. § 922(g)(1). *See* R. Doc. 1. The prosecution was based on the seizure of two weapons pursuant to a St Tammany Parish search warrant. *See* R. Doc. 22-2. Thereafter, the Defendant filed a motion to suppress evidence. *See* R. Doc. 22. A hearing was held in this matter, *see* R. Doc. 33 and on July 1, 2024, this Court granted the motion in part and suppressed the seizure of the guns. *See* R. Doc. 34. Thereafter, the Government filed a Notice of Interlocutory Appeal, *see* R. Doc. 41, but on September 24, 2024, moved to dismiss the appeal. *See* R. Doc. 48. The Fifth Circuit Court of Appeals dismissed the appeal that same day. *Id.*

**II.**

Based on this Court's suppression ruling, the Government does not presently have sufficient evidence to meet its burden of proving the charges beyond a reasonable doubt. *See United States v. B.G.G.*, 53 F.4th 1353 (11th Cir. 2022)("the district court's discretion to grant or

deny "leave" under rule 48(a) is limited. The district court must presume that the government moved to dismiss the information in good faith."); *United States v. Hayden*, 860 F.2d 1483, 1488 (9th Cir. 1988)("Rule 48(a) allows the government, provided it is not acting in bad faith, to dismiss an indictment without prejudice and later to reindict based on the same or similar charges"). Thus, the Government moves to dismiss the indictment without prejudice against the defendant.

**WHEREFORE,** it is respectfully requested that the Court grant the Government's motion dismiss this indictment without prejudice pursuant to Rule 48(a), Fed.R.Crim.P.

Respectfully Submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/Mark A. Miller*
MARK A. MILLER
Assistant United States Attorney
MS Bar No. 105138
650 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone: (504) 680-3012
E-mail: mark.a.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/Mark A. Miller*
MARK A. MILLER
Assistant United States Attorney