UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-04** |
| **v.** | * | **SECTION "L" (1)** |
| **FINNEY RILEY** | * | |

\* \* \*

**O R D E R**

Considering the foregoing, R. Doc. 49;

**IT IS HEREBY ORDERED** that the indictment against the defendant, Finney Riley, be and is hereby dismissed without prejudice.

New Orleans, Louisiana this 30th day of September, 2024.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE